IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DENNIS LEE KJENNER,                           )
                                              )
        Plaintiff,                            )    Case No. 2:12-cv-02096-JPM-dkv
                                              )
        v.                                    )
                                              )    Judge McCalla
HOME DEPOT U.S.A., INC.,                       )    Magistrate Judge Vescovo
                                              )
        Defendant.                            )
                                              )

### STIPULATION OF DISMISSAL

As evidenced by the signatures below, the parties have agreed to a compromise with

regard to the above-captioned matter and further agree that such matter should be dismissed from

this Court with prejudice as to all parties.

Submitted this 28th day of _March_ 2012.


Respectfully submitted,


_Dennis Kjenner_                              _Jessica Patrick_
Dennis Lee Kjenner                            Keith D. Frazier, TN Bar No. 012413
274 Lillie Lane                               Jessica T. Patrick, TN Bar No. 28039
Burlison TN 38015                             OGLETREE, DEAKINS, NASH, SMOAK &
Telephone: 901.476.6756                       STEWART, P.C.
                                              SunTrust Plaza
_Pro Se_ Plaintiff                            401 Commerce Street, Suite 1200
                                              Nashville, TN 37219-2446
                                              Telephone: 615.254.1900
                                              Facsimile: 615.254.1908

                                              Attorneys for Defendant Home Depot U.S.A., Inc.


11935795.1 (OGLETREE)