```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

| | |
|---|---|
| DENNIS LEE KJENNER, | ) )  )  ) |
| Plaintiff, | ) )  ) |
| v. | ) )  No. 2:12-cv-02096-JPM-dkv |
| HOME DEPOT U.S.A., INC., | ) ) ) |
| Defendant. | ) ) |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on the parties' Stipulation of Dismissal with prejudice (D.E. 9), filed March 28, 2012, the issues having been considered, and a compromise reached,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Stipulation of Dismissal, all claims by Plaintiff against Defendant be and hereby are **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

March 29, 2012
Date